STATE v. McNEAL

No. 77P01

Case below: 141 N.C. App. 351

Motion by State to dismiss the appeal for lack of substantial constitutional question allowed 1 March 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

STATE v. McQUAIG

No. 120P01

Case below: 142 N.C. App. 214

Motion by the Attorney General for temporary stay allowed 26 February 2001.

STATE v. MEDLEY

No. 46P01

Case below: 141 N.C. App. 150

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 April 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001. Justice Edmunds recused.

STATE v. MOODY

No. 64A96-3

Case below: Davidson County Superior Court

Application by defendant for writ of habeas corpus denied 6 March 2001.

STATE v. MOULTRY

No. 141P01

Case below: 142 N.C. App. 214

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.